**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | NSC Wholesale Holdings LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-3886210 |
| 4. | Debtor's address | **Principal place of business**<br>111 Hempstead Turnpike<br>West Hempstead, NY 11552<br>Number, Street, City, State & ZIP Code<br><br>Nassau<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | nwlshop.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **NSC Wholesale Holdings LLC**    Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4539**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **(See attached)** Relationship _____
District _____ When _____ Case number, if known _____

---

Debtor  **NSC Wholesale Holdings LLC**      Case number *(if known)* _____
       Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
                 Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ■ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

Debtor   NSC Wholesale Holdings LLC
         Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/24/18
              MM / DD / YYYY

X _____        Scott Rosen
Signature of authorized representative of debtor      Printed name

Title   CEO

**18. Signature of attorney**

X _____        Date  10-24-18
Signature of attorney for debtor                  MM / DD / YYYY

Mark Minuti
Printed name

Saul Ewing Arnstein & Lehr LLP
Firm name

1201 North Market Street
Suite 2300
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  302-421-6800      Email address  mark.minuti@saul.com

2659 DE
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## Pending Bankruptcy Cases Filed
### By the Debtor and Affiliates of the Debtor

The following affiliated debtors contemporaneously have filed chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware:

### Affiliated Debtors:

1. NSC Wholesale Holdings LLC [Lead Case]
2. National Wholesale Liquidators of Lodi, Inc.
3. NSC Realty Holdings LLC
4. NSC of West Hempstead, LLC
5. Top Key LLC
6. BP Liquor LLC
7. Teara LLC

# NSC WHOLESALE HOLDINGS LLC

## WRITTEN CONSENT OF SOLE MANAGER

The undersigned, being the sole manager (the "Manager") of NSC Wholesale Holdings LLC, a Delaware limited liability company (the "Company"), in accordance with and pursuant to the Delaware Limited Liability Company Act, and without formality of convening a meeting, consents to the adoption of the following resolutions:

**WHEREAS**, the Manager has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

**WHEREAS**, as a result of the Company's current financial situation, it appears that it may be necessary to file for reorganization of the Company under chapter 11 (the "Bankruptcy") of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

## AUTHORIZATION TO FILE VOLUNTARY PETITION UNDER CHAPTER 11

**IT IS THEREFORE, RESOLVED**, that the Manager has determined in his judgment that it may be desirable and in the best interests of the Company, its creditors and other interested parties to commence the Bankruptcy; and

**FURTHER RESOLVED**, that Scott Rosen and Michael Gold (the "Authorized Officers"), alone or with one or more other Authorized Officers and/or other officers be, and hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Bankruptcy, with a view to the successful prosecution of such case; and

**FURTHER RESOLVED**, that the law firm of Saul Ewing Arnstein & Lehr LLP is hereby engaged as the attorneys for the Company under general retainer in the Bankruptcy, subject to any requisite bankruptcy court approval; and

**FURTHER RESOLVED**, that the firms of Getzler Henrich & Associates LLC and SSG Advisors, LLC are hereby engaged as financial advisor and investment banker, respectively, for the Company in the Bankruptcy, subject to any requisite bankruptcy court approval; and

24895095.2

**FURTHER RESOLVED**, that the firm of Omni Management Group, Inc. is hereby engaged as the claims and noticing agent for the Company in the Bankruptcy, subject to any requisite bankruptcy court approval; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of hereby is, authorized and empowered to, in the name and on behalf of the Company, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite bankruptcy court approval

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

**IT IS THEREFORE, RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved; and

**FURTHER RESOLVED**, that these resolutions shall be filed with the records of the Company.

**IN WITNESS WHEREOF**, the undersigned Manager hereby evidences his written consent to the foregoing resolutions effective as of this ___ day of October, 2018.

NSC WHOLESALE HOLDINGS LLC

By: _____
Scott Rosen, Sole Manager

24895095.2

| Debtor name | NSC Wholesale Holdings, LLC, et al. |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | |
| Case No. (If known) | |

Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arett Sales Corp.<br>Attn: Cathy Schappert<br>9285 Commerce Hwy<br>Pennsauken, NJ 08110 | Arett Sales Corp.<br>Tel: 800-257-8220<br>Fax: 856-751-0604<br>Email: cschappert@arett.com | Trade Debt | | | | $3,445,587.00 |
| 2 | Lodi UE LLC<br>Attn: William Yingling<br>P.O. Box 645308<br>Pittsburgh, PA 15264 | Lodi UE LLC<br>Tel: 201-571-3500<br>Email: wyingling@uedge.com | Rent/Tax | | | | $1,091,498.00 |
| 3 | G&C Hempstead Realty<br>Attn: Carol Baker<br>306 Brentford Rd<br>Haverford, PA 19041 | G&C Hempstead Realty<br>Tel: 561-482-6604<br>Email: carol@bakerstein.net | Rent/Tax | | | | $885,432.00 |
| 4 | Citi Cards<br>Attn: Bill Streit<br>P.O. Box 9001016<br>Louisville, KY 40290-1016 | Citi Cards<br>Tel: 303-728-8497<br>Email: william.g.streit@citi.com | Trade Debt | | | | $866,977.00 |
| 5 | NKG Properties LLC<br>Attn: Michael Blaymore<br>68 Box Mountain Dr<br>Vernon, CT 06066 | NKG Properties LLC<br>Tel: 516-678-3782<br>Email: mblaymore@sgnblaw.com | Rent/Tax | | | | $604,174.00 |

Debtor name  NSC Wholesale Holdings, LLC, et al.                    Case No. (If known) _____

(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  3500 48th St. Owner LLC<br>Attn: Sheila Chess<br>295 Madison Ave, 2nd Fl.<br>New York, NY 10017 | 3500 48th St. Owner LLC<br>Tel: 212-545-1100<br>Email: schess@pihc.com | Rent/Tax | | | | $450,453.00 |
| 7  River Dr Construction<br>Attn: Barbara Dunn<br>99-25 Queens Blvd<br>Queens, NY 11374 | River Dr Construction<br>Tel: 718-275-4600<br>Fax: 718-830-0281 | Rent/Tax | | | | $428,954.00 |
| 8  Plaza Co-Op City LLC<br>Attn: Lisa Rosenshein<br>555 South Barry Ave<br>Mamaroneck, NY 10543 | Plaza Co-Op City LLC<br>Tel: 914-698-3600<br>Email: lrosenshein@rosensheinassocs.com | Rent/Tax | | | | $406,378.00 |
| 9  CBA Industries Inc<br>Attn: Harold Matzner<br>669 River Dr<br>P.O. Box 1717<br>Elmwood, NJ 07407-1717 | CBA Industries Inc<br>Tel: 201-587-1717<br>Fax: 201-414-5203<br>Email: hbmatzner@cbaol.com | Other Debt | | | | $331,519.00 |
| 10  Krasdale Foods<br>Attn: Ivette Malave<br>400 Food Center Dr<br>Bronx, NY 10474 | Krasdale Foods<br>Tel: 914-697-5365<br>Email: imalave@krasdalefoods.com | Trade Debt | | | | $301,105.00 |
| 11  Ningbo Ego Intl Co.<br>Attn: John Jiang<br>3F No 168 Songjiang E Rd<br>Yinzhou Area, Ningbo<br>China | Ningbo Ego Intl Co.<br>Tel: 865-748-8123<br>Fax: 86-574-88123988<br>Email: jhui@ego-global.com | Trade Debt | | | | $293,656.00 |

Debtor name  NSC Wholesale Holdings, LLC, et al.                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12  King Zak<br>Attn: Herb Zaarkin<br>3 Police Dr<br>P.O. Box 1029<br>Goshen, NY 10924 | King Zak<br>Tel: 800-462-7563<br>Fax: 845-291-7338<br>Email: hzakarine@kingzak.com | Trade Debt | | | | $285,494.00 |
| 13  Staples Inc<br>Attn: Michael Conelly<br>500 Staples Dr<br>Framingham, MA 01701 | Staples Inc<br>Tel: 508-253-8675<br>Email: mike.connolly@staples.com | Rent/Tax | | | | $245,375.00 |
| 14  Home Easy<br>Attn: Scott Lewis<br>1275 Bloomfield Ave<br>Fairfield, NJ 07004 | Home Easy<br>Tel: 973-818-8899<br>Fax: 973-808-8877<br>Email: sdl8257@gmail.com | Trade Debt | | | | $233,163.00 |
| 15  United Cartage LLC<br>Attn: Sukhdev Singh<br>6 Laurie Lane<br>Edison, NJ 08818 | United Cartage LLC<br>Tel: 516-902-8524<br>Fax: 732-442-3809<br>Email: bittu@shopnwl.com | Other Debt | | | | $207,040.00 |
| 16  Briara Trading<br>Attn: Larry Silverstein<br>70 Portland Rd<br>W. Conshohocken, PA 19428 | Briara Trading<br>Tel: 610-834-1116<br>Fax: 212-904-1768<br>Email: larry@briaratrading.com | Trade Debt | | | | $206,195.00 |
| 17  Buffalo Newspress Inc<br>Attn: Wayne Wawrzyniec<br>200 Broadway<br>Buffalo, NY 14204 | Buffalo Newspress Inc<br>Tel: 716-852-1600<br>Fax: 716-856-2017<br>Email: w.wawrzyniec@buffnewspress.com | Other Debt | | | | $197,718.00 |

Debtor name  NSC Wholesale Holdings, LLC, et al.                              Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18  Liberty Distributors Inc.<br>Attn: Edmund Guindy<br>1065 Shepherd Ave<br>Brooklyn, NY 11208 | Liberty Distributors Inc.<br>Tel: 718-417-7676<br>Fax: 718-417-9829 | Trade Debt | | | | $191,687.00 |
| 19  Wal-Mart Stores East<br>Attn: Debbie Klossner<br>2001 SE 10th St<br>Bentonville, AR 72716 | Wal-Mart Stores East<br>Tel: 479-204-0011<br>Email: debbie.klossner@walmart.com | Rent/Tax | | | | $184,539.00 |
| 20  CL Sales Corp.<br>Attn: Joe Lati<br>1419 East 2nd St<br>Brooklyn, NY 11230 | CL Sales Corp.<br>Tel: 718-797-3917<br>Fax: 917-652-4389 | Trade Debt | | | | $180,728.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name: NSC Wholesale Holdings LLC

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/04/18
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Scott Rosen
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NSC WHOLESALE HOLDINGS LLC, et al.,[1] | ) Case No. 18-_____ |
| Debtors. | ) Jointly Administered |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-captioned debtors.

| Debtor Name | Corporate Owner(s) Name (% of Units Owned) |
|---|---|
| NSC Wholesale Holdings LLC | No corporate owner |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660). The Debtors' mailing address is 111 Hempstead Turnpike, West Hempstead, NY 11552.

**Fill in this information to identify the case and this filing:**

Debtor Name: NSC Wholesale Holdings LLC

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (if known): _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration  1007(a)(1) Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/18
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Scott Rosen
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202         Declaration Under Penalty of Perjury for Non-Individual Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NSC WHOLESALE HOLDINGS LLC, et al.,[1] | ) Case No. 18-_____ |
| Debtors. | ) Jointly Administered |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of equity security holders of Debtor NSC Wholesale Holdings LLC, prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case:

| Name of Holder | Percent of Equity | Kind of Interest |
|---|---|---|
| Eva Rosen Trust FBO Scott Rosen | 33.34% | Membership Interest |
| Eva Rosen Trust FBO Carrie Rosen | 33.33% | Membership Interest |
| Eva Rosen Trust FBO Neil Rosen | 33.33% | Membership Interest |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: NSC Wholesale Holdings LLC (6210); National Wholesale Liquidators of Lodi, Inc. (4301); NSC Realty Holdings LLC (4779); NSC of West Hempstead, LLC (5582); Top Key LLC (7503); BP Liquor LLC (2059); and Teara LLC (8660). The Debtors' mailing address is 111 Hempstead Turnpike, West Hempstead, NY 11552.

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name: NSC Wholesale Holdings LLC

United States Bankruptcy Court for the: _____ District of DE (State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration   1007(a)(3) List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/24/18   X _____
MM / DD / YYYY         Signature of individual signing on behalf of debtor

Scott Rosen
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202       Declaration Under Penalty of Perjury for Non-Individual Debtors